UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY MACK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. BERTHOLF,<br><br>　　　　　Defendant. | No. 2:18-cv-0636 MCE CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff requests leave to proceed in forma pauperis. Since plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a), his request will be granted. Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

1

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

The court has conducted the required screening and finds that claim 1 in plaintiff's complaint states a claim against defendant Bertholf upon which relief could be granted. The claim arises under the Eighth Amendment and concerns the use of excessive force. As for claim 2, which arises under California law, plaintiff has not pled compliance with the California Tort Claims Act which he must do to proceed on any claim arising under California law against a state official. See Cal. Gov't Code §§ 905, 911.2(a), 945.4 & 950.2; Mangold v. California Pub. Utils. Comm'n, 67 F.3d 1470, 1477 (9th Cir.1995).

At this point, plaintiff has two options: 1) he may proceed on claim 1; or 2) attempt to cure the deficiencies in claim 2 in an amended complaint. If plaintiff elects to amend, plaintiff is informed that the court cannot refer to a prior pleading in order to make an amended pleading complete. Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once plaintiff files an amended complaint, the original pleading no longer serves any function in the case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Within twenty-one days plaintiff shall complete and return the attached form notifying the court whether he wants to proceed on claim 1 in his complaint or whether he

wishes to file a first amended complaint. Failure to complete and return the attached form will result in a recommendation that this action be dismissed.

Dated: July 30, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mack0636.1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY MACK,<br><br>    Plaintiff,<br><br>    v.<br><br>K. BERTHOLF,<br><br>    Defendant. | No. 2:18-cv-0636 MCE CKD P<br><br>PLAINTIFF'S NOTICE OF<br><br>HOW TO PROCEED |

  Check one:

_____ Plaintiff wants to proceed immediately on claim 1 in his complaint.

_____ Plaintiff wants time to file a first amended complaint.

DATED:

                                                                                                    _____
                                                                                                     Plaintiff