UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY MACK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. BERTHOLF, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-0636 MCE CKD P<br><br><br>ORDER |

　　　　Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. §1983. A settlement conference is scheduled for March 14, 2019. Defendants request that discovery be stayed pending the settlement conference.

　　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Defendants' request for a stay (ECF No. 30) is granted;

　　　　2. Discovery is stayed; and

/////
/////
/////
/////
/////
/////

3. The deadlines for completion of discovery and the filing of pretrial motions set forth in the court's November 15, 2018 scheduling order are vacated. Those deadlines will be reset, if necessary, after the March 14, 2019 settlement conference.

Dated: January 7, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mack0636.vso