IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **QUINCY MACK,** | Case No. 2:18-cv-0636-MCE-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **K. BERTHOLF,** | |
| Defendant. | |

The Court, having considered Defendant Bertholf's request for an extension of time to allow Defendant to serve Plaintiff with Defendant's responses to Plaintiff's discovery requests and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants' request for an extension of time is granted. Defendants have up to and including May 23, 2019 to serve Plaintiff with their responses to Plaintiff's interrogatories, requests for admission, and requests for production of documents.

Dated: March 26, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1